RICHARD C. JOHNSON (SBN 40881)
SHAAMINI A. BABU (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
djohnson@sjlawcorp.com
sbabu@sjlawcorp.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASSWORKERS PENSION TRUST, DOUGLAS CHRISTOPHER, Trustee, and JOHN MAGGIORE, Trustee,<br><br>Plaintiffs,<br><br>vs.<br><br>ARCHITECTURAL GENERAL CONSTRUCTION, INC., a California Corporation, ADVANCE GLASS CONSTRUCTION, INC., a California Corporation, AMERASIA GROUP INTERNATIONAL, INC., a California Corporation, KEVIN MESBAH, as an individual, and DOES 1 to 10,<br><br>Defendants. | Case No.: CV 10-3919 WHA<br><br>**REQUEST TO CONTINUE OR VACATE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER THEREON**<br><br>Date: December 9, 2010<br>Time: 11:00 a.m.<br>Courtroom 9, 19th Floor<br>Judge: The Honorable William H. Alsup |

Plaintiffs herein respectfully request that the Case Management Conference currently on calendar for December 9, 2010, be continued or vacated entirely, in anticipation of a filing of Motion for Default Judgment by Plaintiffs.

1.  A Complaint was filed in this matter on September 1, 2010, to enforce the Judgment and Award of Fees entered in *Northern California Glaziers Pension Trust Fund, et al., v. Architectural Glass Construction, Inc.*, Case No. C08-5018 WHA [JS] ("2008 Action") against Architectural Glass Construction, Inc. ("AGCI"), Defendant in the 2008 Action. Defendants Architectural General Construction, Inc., Advance Glass Construction, Inc., Amerasia Group International, Inc. and Kevin Mesbah, individually, are collectively referred to herein as "Defendants" and considered to be within the same control group as non-party AGCI, and thus,

1  are jointly and severally liable for AGCI's withdrawal liability pursuant to ERISA §4001(b)(1) (29 U.S.C. §1301(b)(1)).

2. Service of Defendants was effectuated on September 3, 2010, and Proofs of Services of Summons were filed with the Court on September 13, 2010.

3. Plaintiffs filed a Request for Entry of Default on October 7, 2010.

4. On October 15, 2010, the Court entered the default of Defendants.

5. To date, Defendants have failed to plead or otherwise defend or appear in this action. Therefore, Plaintiffs are currently preparing a Motion for Default Judgment which they anticipate filing with the Court within fourteen (14) days and it will be noticed to be heard on January 27, 2010, at 8:00am.

6. There are no issues that need to be addressed at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for December 9, 2010, be vacated, or in the alternative be continued to January 27, 2010 coincide to with the hearing on the Motion for Default Judgment.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 2nd day of December, 2010, at San Francisco, California.

SALTZMAN & JOHNSON LAW CORPORATION

By: _____/S/_____
Shaamini A. Babu
Attorneys for Plaintiffs

IT IS SO ORDERED.

~~Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby vacated.~~

~~or~~

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to January 27, 2010 at 8:00 a.m.. All related deadlines are extended accordingly.

Date: December 3, 2010.  _____
THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

[Stamp: IT IS SO ORDERED AS MODIFIED / Judge William Alsup]

## PROOF OF SERVICE

I, the undersigned, declare:

1. I am a citizen of the United States and am employed in the County of San Francisco, State of California. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

2. I am over the age of eighteen and not a party to this action.

3. On **December 2, 2010**, I served the following document(s):

**REQUEST TO CONTINUE OR VACATE TELEPHONIC CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**

on the interested parties in said action by enclosing a true and exact copy of each document in a sealed envelope and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for first class mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The envelopes were addressed and mailed as follows:

| | |
|---|---|
| Kevin Mesbah<br>P.O. Box 2005<br>Brisbane, CA  94005<br>Defendants: ***ARCHITECTURAL GENERAL CONSTRUCTION, INC., a California Corporation, ADVANCE GLASS CONSTRUCTION, INC., a California Corporation, AMERASIA GROUP INTERNATIONAL, INC. and Individually*** | Kevin Mesbah<br>200 Valley Drive, Suite 6<br>Brisbane, CA 94005 |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **December 2, 2010**, at San Francisco, California.

                                                  /S/
                                          Barbara Souza
                                          Paralegal