United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASSWORKERS PENSIONS TRUST, DOUGLAS CHRISTOPHER, Trustee, and JOHN MAGGIORE, Trustee,<br><br>Plaintiffs,<br><br>v.<br><br>ARCHITECTURAL GENERAL CONSTRUCTION, INC., a California Corporation, ADVANCE GLASS CONSTRUCTION, INC., a California Corporation, AMERASIA GROUP INTERNATIONAL, INC., a California Corporation, KEVIN MESBAH, as an individual, and DOES 1 to 10,<br><br>Defendants.<br>_____ / | No. C 10-03919 WHA<br><br>**NOTICE TO DEFENDANT KEVIN MESBAH REGARDING FEDERAL PRO BONO PROJECT** |

As this case proceeds, defendant Kevin Mesbah — who is representing himself *pro se* — must appear or retain counsel to appear on his behalf. Defendant Mesbah has explained that his failure to appear or respond in this case before the January 27 hearing on plaintiffs' motion for default judgment was caused by health problems requiring his hospitalization, and that he is out of work and lacks sufficient funds to hire a lawyer.

This notice informs defendant Mesbah that he may request, by letter or motion to the Court, the appointment of an attorney to represent him in this litigation. This request, however,

*will not guarantee that a pro bono attorney will be appointed*. If such a request is made, it will be referred to the Federal Pro Bono Project for evaluation. For additional information on the Federal Pro Bono Project, defendant should visit the Northern District of California website at http://cand.uscourts.gov/ and click on "Representing Yourself?" (located under "Quick Links"), followed by the "San Francisco" link.

Dated: January 27, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2