IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASSWORKERS PENSIONS TRUST, DOUGLAS CHRISTOPHER, Trustee, and JOHN MAGGIORE, Trustee,<br><br>Plaintiffs,<br><br>v.<br><br>ARCHITECTURAL GENERAL CONSTRUCTION, INC., a California Corporation, ADVANCE GLASS CONSTRUCTION, INC., a California Corporation, AMERASIA GROUP INTERNATIONAL, INC., a California Corporation, KEVIN MESBAH, as an individual, and DOES 1 to 10,<br><br>Defendants. | No. C 10-03919 WHA<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON MOTION FOR DEFAULT JUDGMENT** |

As stated at the March 3 case management conference, plaintiffs' motion for default judgment will be heard in the following manner. Defendants may file an opposition brief by **MARCH 17, 2011**. This opposition should set forth defendants' best arguments why default judgment should not be granted. It also should address the order to show cause why defendant Kevin Mesbah has not produced subpoenaed documents. Plaintiffs may file a reply brief by **MARCH 24, 2011**. Another hearing on the motion will be held at **2:00 P.M. ON APRIL 7, 2011**.

**IT IS SO ORDERED.**

Dated: March 3, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE